UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 2:13-CR-008-WFN-52 |
|---|---|
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION FOR SUPPLEMENTAL PRETRIAL SERVICES REPORT |
| vs. | |
| DIAMOND LEANNE McDONALD, | |
| Defendant. | |

Before the Court is Defendant's Motion for Supplemental Pretrial Services Report. There appears to be good cause to order such report. Accordingly,

**IT IS ORDERED** that Defendant's Motion, **ECF No. 2997,** is **GRANTED.** Pretrial Services/Probation shall prepare a Supplemental Pretrial Services Report, specifically addressing the appropriateness of Defendant's proposed residence.

Following receipt of the Supplemental Report, the parties shall have five (5) business days to respond. Thereafter, Defendant may file a motion for reconsideration, if appropriate.

DATED November 10, 2014.



_____

JOHN T. RODGERS

UNITED STATES MAGISTRATE JUDGE

ORDER - 1