1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

8
9

UNITED STATES OF AMERICA,

10

Plaintiff,

11

vs.

12

13

DIAMOND LEANNE McDONALD,

14

Defendant.

No. 2:13-CR-008-WFN-52

ORDER DENYING MOTION FOR
RECONSIDERATION AND
DIRECTING INQUIRY INTO
RELEASE ADDRESS

*** ACTION REQUIRED ***
PRETRIAL SERVICES

15      Defendant was arrested in the Central District of California on September 9,

16  2014, ECF No. 2697, and has remained in custody since that time.  This Court held

17  a bail hearing on October 24, 2014, and granted the government's motion for

18  detention.

19      According to the Pretrial Services from the Central District of California

20  ECF 2817, Defendant's only conviction was for being an unlicensed driver.  She is

21  a single parent with three children, the youngest of whom is slightly over one year

22  old and is said to be afflicted with sickle cell anemia.  Defendant was detained

23  largely because of uncertainty about the proposed release address.

24      Defense counsel and Pretrial Services have continued to consider an

25  appropriate release address.  The court has received supplemental reports from

26  Pretrial Services on October 24, 2014, ECF No. 2916, and on December 10, 2014,

27  ECF No. 3190.  On January 9, 2015, the Court held a hearing to reconsider

28  conditions of release.

ORDER - 1

On January 16, 2015, Pretrial Services advised the Court that none of the addresses proposed for Defendant have proved suitable.

The Court therefore **DENIES** Defendant's Motion for reconsideration of release conditions, **ECF No. 3205**, and directs that without any further court order Pretrial Services evaluate any reasonable address for release as may be provided by defense or other appropriate source, and report to the Court and parties should such address prove suitable for release.

**IT IS SO ORDERED.**

DATED January 21, 2015.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2